**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION**

**WILLIE WALLS, JR.**                                                                                   **PLAINTIFF**

**VERSUS**                                                                               **CIVIL ACTION NO. 2:05CV123-P-B**

**MARY A. ELOBY, et al**                                                          **DEFENDANTS**

## ORDER

This cause is before the Court on the plaintiff's Motion for Dismissal of Civil Suit [28]. The Court, having reviewed the motion and being otherwise fully advised in the premises, finds as follows, to-wit:

That the motion is well-taken and should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the plaintiff's Motion for Dismissal of Civil Suit [28] is well-taken and should be, and hereby is, GRANTED. IT IS FURTHER ORDERED that the instant case is hereby DISMISSED WITHOUT PREJUDICE, each party to bear its own costs.

SO ORDERED, this the 8th day of February, 2007

                                                                  /s/ W. Allen Pepper, Jr.
                                                                  W. ALLEN PEPPER, JR.
                                                                  UNITED STATES DISTRICT JUDGE.